BLANCHARD P. ATKINSON, Appellant, *v.* ISABELLE E. ATKINSON, Respondent.

*Appeal — order of Appellate Division reversing order denying motion for new trial and granting motion — appeal to Court of Appeals dismissed.*

Atkinson v. Atkinson, 217 App. Div. 96, appeal dismissed.

(Argued January 18, 1927; decided February 23, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1926, which reversed an order of Special Term denying a motion for a new trial on the ground of newly-discovered evidence and granted said motion.

H. *Preston Coursen* for appellant.

*Harry N. Selvage* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.

---

HELENA M. GOODWIN, Respondent, *v.* JOHN H. HUMBERT, Appellant.

*Appeal — order of Appellate Division reversing determination of Appellate Term affirming judgment of City Court — appeal without permission to Court of Appeals dismissed.*

Goodwin v. Humbert, 216 App. Div. 295, appeal dismissed.

(Argued January 19, 1927; decided February 23, 1927.)

APPEAL from a judgment, entered April 21, 1926, upon an order of the Appellate Division of the Supreme Court in the first judicial department which reversed a determination of the Appellate Term affirming a judgment of the City Court of the city of New York in favor of defendant and directed judgment in favor of plaintiff.

J. *Harlin O'Connell* for appellant.

*Frank Case Hayden* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.